UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, | No. 2:14-cv-2347 DAD P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF OPS, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

/////

/////

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00
3    filing fee or a properly completed application to proceed in forma pauperis on the form provided
4    with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of
5    time to do so will result in dismissal of this action without prejudice; and

6    2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
7    Pauperis By a Prisoner for use in a civil rights action.

8    Dated: March 17, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barg2347.3a