UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, | No. 2:14-cv-2347 DAD P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF OPS, | |
| Defendants. | |

By an order filed March 17, 2015, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action without prejudice. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated: April 28, 2015

DAD:9
barg2347.fifp

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 10)

1